Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Sandra Rivera-Manzo )
30373-047 )
SFF Hazelton Po Box 3000 )
Bruceton Mills WV 26525, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)   **Petition for Habeas Corpus**
)   **Pursuant to 28 U.S.C. § 2241**
)
                  Petitioner, )
vs. )
)   Civil Action No. 5:23-cv-111
)   (to be assigned by Clerk)
Warden Lovett              , )
(Name of Warden or other authorized person )   Bailey, Mazzone, Prince
where you are incarcerated) )
)
)
                  Respondent. )
)

FILED
MAR 27 2023
U.S. DISTRICT COURT  WVND
CLARKSBURG, WV 26301

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.  This petition concerns (check the appropriate box):

    ☐ a conviction
    ☐ a sentence
    ☒ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☒ other, state briefly: Detainer placed by immigration with no help from the BOP staff.

**Attachment A**

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____

3. List the name and location of the court which imposed your sentence:
   US District Court of Nebraska
   Roman L. Hruska US Courthouse
   111 S 18th Plaza, Suite 1152   Omaha, NE 68102-1322

4. List the case number, if known: 8:17CR376

5. List the nature of the offense for which the sentence was imposed:
   21:841(A)(1) + 21:841(B)(1) Possession with intent to distribute methamphetamine (Mixture)

6. List the date each sentence was imposed and the terms of the sentence:
   7/12/2019 – Date Sentenced
   9/5/2019 – Date Committed
   78 months / 5 years probation

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☒ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: _____
B. Result: _____
C. Date of Result: _____
D. Grounds raised (List each one): _____
_____
_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☒ Yes   ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
   1. Name of Court: US District Court of Nebraska

Attachment A

  2. Nature of Proceeding: Letter to Judge Requesting RIS
  3. Grounds Raised: No FSA Credit due to immigration
  4. Did you receive an evidentiary hearing? ☐ Yes ☒ No
  5. Result: Denied
  6. Date of Result: May 12th, 2022

 B. Second post-conviction proceeding:
  1. Name of Court: _____
  2. Nature of Proceeding: _____
  3. Grounds Raised: _____
  4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
  5. Result: _____
  6. Date of Result: _____

 C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
  1. First proceeding: ☐ Yes ☒ No Result: _____
  2. Second proceeding: ☐ Yes ☐ No Result: _____

 D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

 A. U.S. Parole Commission unlawfully revoked my parole.
 B. Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one:

*The BOP was giving me FSA credit and I was to be released home to Mexico on 7/21/22. (see attached) Then a detainer was placed on me and added a year. (see attached) I am fine to go straight to Mexico and will not fight deportation.*

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

*The BOP refuses to help me with the immigration department. They will not transfer me to a facility with immigration resources to resolve the issue either. I am clear conduct and need assistance, which is my right.*

    B.    Ground two:

Attachment A

The Hazelton facility was without water for 10 days in June 2020. The women had to urinate in tupperware and defacate in take out containers. Port-a-potties were brought in and we were only allowed to use them twice a day.

Supporting facts:
This has already been filed by other inmates, but I can provide over 50 witness statements if needed. The BOP can confirm that the prison had no running water. It was inhumane.

C. Ground three:
Hazelton Prison has been without hot water for the last 34 days. We are taking cold showers.

Supporting facts:
The hot water tank/mixer is broke and the prison has not replaced it. There have been countless complaints by the inmates.

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
No, only my immigration complaint was present to my judge. (see attached)

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result:
   I was told it was invalid by the unit team and there was nothing they could do to help me.

Attachment A

2. If your answer to "A" above was no, explain:

_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes ☐ No

1. If your answer to "B" above was yes, what was the result:
I was told they would not assist me and they would not answer my 8 1/2 complaint.

2. If your answer to "B" above was no, explain:

_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

I would like to be released on 7/21/22 to Mexico as originally promised. I am not fighting to stay in the United States. This will also compensate me for the inhumane treatment I have suffered at SFF Hazelton.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.
    NA

Signed this 9th day of June, 2022.
          (day)          (month)         (year)

_[signature]_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 6/9/22       _[signature]_
                                Your Signature

Attachment D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Sandra Rivera-Manzo
30373-047
*Your full name*

v.

Warden Lovett
SFF Hazelton
Po Box 450
Bruceton Mills, WV 26525
*Enter above the full name of respondent in this action*

Civil Action No.: 5:23-cv-111

Bailey, Mazzone, Prince

## Certificate of Service

I, Sandra Rivera-Manzo (your name here), appearing *pro se*, hereby certify that I have served the foregoing Pro Se 2241 (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 6/9/22 (insert date here):

(List name and address of counsel for respondent)

*(signature)*
(sign your name)