**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**SANDRA RIVERA-MANZO,**

        Petitioner,

   **v.**                           **Civil Action No. 5:23-CV-111**
                                            Judge Bailey

**WARDEN LOVETT,**

        Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 27, 2023, the *pro se* petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On the same day, the Clerk issued a Notice of Deficient Pleading, informing petitioner that she must pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* within twenty-one days or her case would be dismissed.  Service of the Notice was accepted on March 29, 2023.

To date, twenty-eight days since service of the Order was accepted, petitioner has not submitted the filing fee or an application to proceed *in forma pauperis*.  Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

1

**DATED:** April 26, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE